CURTIS *v.* THE INDIANAPOLIS AND ST. LOUIS R. R. CO.

APPEAL from the Hendricks Circuit Court.

DOWNEY, J.—The questions in this case are the same as those in *Straughan* v. *The Indianapolis and St. Louis R. R. Co.*, *ante*, p. 185, and they must be decided in the same way.

The judgment is affirmed, with five per cent. damages and costs.

*W. A. McKenzie*, for appellant.

*L. Ritter* and *M. A. Osborn*, for appellee.